USCA1 Opinion

 

 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 93-1069 UNITED STATES OF AMERICA, Appellee, v. WENDELL ARCHIBOLD BUSCH a/k/a "ARCHI," Defendant, Appellant. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Gilberto Gierbolini, U.S. District Judge] ___________________ _________________________ Before Selya, Circuit Judge, _____________ Aldrich and Coffin, Senior Circuit Judges. _____________________ _________________________ Joseph C. Laws, Jr. on brief for appellant. ___________________ Charles E. Fitzwilliam, United States Attorney and Jorge E. _______________________ ________ Vega-Pacheco, Assistant United States Attorney, on brief for ____________ appellee. _________________________ September 14, 1993 _________________________ Per Curiam. Having carefully reviewed the record of Per Curiam ___________ appellant's trial, we are fully satisfied that, taking the facts in the light most congenial to the government, as we must on this appeal, see, e.g., United States v. Maraj, 947 F.2d 520, 522-23 ___ ____ _____________ _____ (1st Cir. 1991), the judge and jury could supportably, indeed, comfortably, have found federal jurisdiction, guilt, and an absence of cognizable duress. Moreover, contrary to appellant's importuning, the acquittal of various codefendants does not require a like result in his case. See, e.g., United States v. ___ ____ _____________ Bucuvalas, 909 F.2d 593, 594-96 (1990). _________ We have examined appellant's remaining contentions and find them meritless. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ 2